```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

JASON MELANCON, ET AL                       CIVIL ACTION

VERSUS                                      NO: 07-7712 C/W
                                            07-9158

LOUISIANA OFFICE OF STUDENT                 SECTION: "J"(1)
FINANCIAL ASSISTANCE, ET AL
```

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to Defendant Iron Mountain Incorporated's **Motion/Request for Entry of Judgment Under Rule 58(d) (Rec. Doc. 49)**, set for hearing on June 25, 2008 was submitted timely.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,[1]

---

[1] This motion is properly filed as one seeking relief under Rule 58(d) of the Federal Rules of Civil Procedure as Iron Mountain Incorporated is the sole defendant in Case No. 07-7712. While the Louisiana Office of Student Financial Assistance ("LOSFA") was named as a Defendant in Plaintiffs' Original Complaint (Rec. Doc. 1) filed in Case No. 07-7712, Plaintiffs' First Amended and Supplemental Class Action Complaint (Rec. Doc. 3) names only Iron Mountain Incorporated as a Defendant.  Upon

**IT IS ORDERED** that Defendant Iron Mountain Incorporated's **Motion/Request for Entry of Judgment Under Rule 58(d) (Rec. Doc. 49)** is **GRANTED**.[2]

New Orleans, Louisiana, this 20th day of June, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

representation of counsel for Plaintiffs, it is the intent of Plaintiffs to name only Iron Mountain Incorporated as a Defendant in Case No. 07-7712.  As such, entry of judgment under Rule 58(d) is proper.

This Court notes, however, that LOSFA is and remains a Defendant in Case No. 07-9158, which has been consolidated with Case No. 07-7712.

[2]  Judgment will be entered separately into the record.